UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| MARK T. STEPHENS, WENDY S. ELLIOTT, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA HOME LOANS, INC., )<br>(formerly COUNTRYWIDE HOME LOANS, INC.,), )<br>BANK OF NEW YORK MELLON AS TRUSTEE, )<br>MORTGAGE ELECTRONIC REGISTRATION )<br>SYSTEMS, INC, BSI FINANCIAL SERVICES, )<br>HUTCHENS LAW FIRM, )<br>    Defendants. ) | **JUDGMENT IN A CVIIL CASE**<br>**CASE NO. 5:16-CV-660-BR** |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to an order entered on January 25, 2017 at [DE 34], the motions to dismiss by the BANA Defendants [DE 16], Hutchens Law Firm [DE 25] and BSI Financial Services, Inc. [DE 28] are ALLOWED IN PART and DENIED IN PART. Counts one through five (state law claims) are DISMISSED WITH PREJUDICE as to all defendants; Count seven (TILA and HOEPA) is DISMISSED WITH PREJUDICE as to MERS and DISMISSED WITHOUT PREJUDICE as to all other defendants; and Count eight (RESPA) is DISMISSED WITHOUT PREJUDICE as to all defendants.

**IT IS FURTHER ORDERED** that the motions to dismiss by the BANA Defendants [DE # 36] and Hutchens Law Firm and BSI Financial Services, Inc. [DE # 38] are ALLOWED; Plaintiff's federal and state law claims are DISMISSED WITH PREJUDICE; and the clerk is DIRECTED to enter judgment and close the case.

**This Judgment Filed and Entered on September 28, 2017, and Copies to:**

Mark T. Stephens (via US Mail 998 West Durness Ct., Wake Forest, NC  27587)

Wendy S. Elliott (via US Mail 720 Gentle Slope Way, Raleigh, NC 27603)

Christopher B. Karlsson (via CM/ECF Notice of Electronic Filing)

Hilton Terry Hutchens, Jr. (via CM/ECF Notice of Electronic Filing)

Claire L. Collins (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | PETER A. MOORE, JR., CLERK |
| September 28, 2017 | *Susan K. Edwards* |
| | (By) Susan K. Edwards, Deputy Clerk |